| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __10/9/2020__ |

```
------------------------------------------------------------------ x
THE UNITED STATES OF AMERICA, ET AL.,       :
                                            :
                        Plaintiffs,         :
                                            :   1:19-cv-2837-ALC
         -against-                          :   ORDER
                                            :
NEW YORK CITY DEPARTMENT OF                 :
EDUCATION, ET AL.,                          :
                                            :
                        Defendants.         :
------------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., District Judge:**

Relator is ordered to file a status report by October 23, 2020.

**SO ORDERED.**
**Dated:**   **New York, New York**
             **October 9, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

1